# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.: 2:08-cr-097 |
| vs. | : | Chief Judge Algenon L. Marbley |
| CARLOS RUVALCABA OROSCO, | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on the United States' Motion to Dismiss Indictment and Arrest Warrant against Defendant Carlos Ruvalcaba Orosco. (Doc. 96). The United States Attorney seeks to dismiss the Indictment and Arrest Warrant due to their age. The Defendant has been a fugitive since the Indictment was filed on May 12, 2008.

For good cause shown, the Court **GRANTS** the United States' Motion. The Indictment and Arrest Warrant against the Defendant are hereby dismissed without prejudice and the warrant should be removed from all law enforcement data bases.

**IT IS SO ORDERED.**

DATED: May 8, 2020

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE